UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CALYPSO CARGO LIMITED,
P. O. Box 2, The Valley
Anguilla, B.W.I.,

&

CARIB PETROLEUM, INC.,
P. O. Box 1969
Miami, Florida 33233

       Plaintiffs,

v.

UNITED STATES COAST GUARD
2100 Second Street, SW Stop 7101
Washington, D.C. 20593,

       Defendant.
_____/

Civil Action No.

COMPLAINT FOR
INJUNCTIVE RELIEF

1. This is an action brought under the Freedom of Information Act ["FOIA"], 5 U.S.C. §552, *et seq.*, to enjoin the defendant from withholding from public disclosure certain records of the United States Coast Guard (USCG") within their possession and control.

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. §552(a)(4)(B). This Court also has jurisdiction over this action pursuant to 28 U.S.C. §1331. Venue lies in this district under 5 U.S.C. §552(a)(4)(B).

3. Plaintiff, Carib Petroleum, Inc. ["Carib"], is a corporation located in Miami, Florida.

4. Plaintiff, Calypso Cargo Limited ["Calypso"], is a corporation based in Anguilla, B.W.I.

5. Defendant, the USCG, is an agency of the United States. ["HAVNOR"]

6. Calypso is the owner of the vessel MT HAVNOR (Q-88).

7. On or about May 1, 2010 Carib was the charterer of the HAVNOR.

8. On or about May 1, 2010 the HAVNOR completed loading a cargo of diesel fuel at a location between Trinidad and Venezuela. Thereafter the vessel began its journey to the Dominican Republic where its cargo was to be off loaded. As it was proceeding on its journey it was followed by a USCG vessel which ultimately stopped the HAVNOR and sent a boarding party. HAVNOR was ordered to Puerto Rico by the USCG. In Puerto Rico the product was moved from tank to tank to check the cargo tanks. All but two tanks were checked. The two tanks that could not be emptied were checked in Barahona, Domincan Republic when vessel arrived by local authorities at the request of the U. S. Government. As the result of the actions of the USCG the plaintiffs suffered a major economic loss.

## COUNT I

Plaintiffs reallege paragraphs 1-8.

9. On May 10, 2010 plaintiffs filed a FOIA request with the USCG for all of their records relating to the detention of the HAVNOR and its crew.

10. In a letter of June 8, 2010 to undersigned counsel the USCG acknowledged receipt of the May 10, 2010 FOIA request.

11. In a letter of August 17, 2010 plaintiffs filed a FOIA appeal with the USCG for failing to provide the records in the May 10, 2010 request.

12. In an email of August 23, 2010 the USCG acknowledged they had received plaintiffs' FOIA requests and appeals.

13. In an email of October 27, 2010 undersigned counsel responded to USCG that the ID number for the HAVNOR was IMO-6828753.

14. In a letter of November 15, 2010 USCG advised the plaintiffs' FOIA request had been referred to USCG Sector San Juan, FOIA No. 2010-0536, for a response.

15. Plaintiffs have not received any records and have exhausted their administrative remedies within the meaning of 5 U.S.C. §552(a)(4)(C)(i)..

WHEREFORE, plaintiffs respectfully request the Court:

1. To take jurisdiction of this cause of action;

2. To order the USCG to immediately release the requested records to the plaintiffs;

3. To grant such other and further relief as the Court may deem proper and just.

Respectfully submitted,

*[signature]*

Peter S. Herrick
Peter S. Herrick, P.A.
Attorneys for Plaintiffs
Calypso Cargo Limited
Carib Petroleum, Inc.
3520 Crystal View Court
Miami, FL 33133
Tel.: 305-858-2332
Fax.: 305-858-6347
Email: pherrick1@comcast.net
D.C. Bar No.: 137935